E-FILED
Wednesday, 24 June, 2026  02:02:18 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DAVID COSENZA, on behalf of himself and all others similarly situated, | Case No. 1:26-cv-01132-MMM-RLH |
| Plaintiff, | District Judge: Hon. Michael M. Mihm |
| | Mag. Judge: Hon. Ronald L. Hanna |
| v. | |
| 2GIG and NICE NORTH AMERICA, LLC, | |
| Defendants. | |

**DEFENDANT NICE NORTH AMERICA, LLC'S REQUEST FOR LEAVE
TO FILE A <u>REPLY IN SUPPORT OF ITS MOTION TO DISMISS</u>
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Pursuant to Local Rule 7.1(B)(3), Defendant Nice North America, LLC ("Nice") hereby respectfully requests leave to file a reply in support of its Motion to Dismiss (Dkt. 10, "Motion") the First Amended Complaint ("FAC," Dkt. 8) by Plaintiff David Cosenza in the above-captioned matter, which is attached hereto as an exhibit. In support, Nice states as follows:

1.      Plaintiff filed his FAC on May 20, 2026, seeking relief under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA"), and nationwide class treatment.

2.      Nice filed its Motion on June 3, 2026, which seeks dismissal of the FAC in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiff failed to plausibly allege a theory of TCPA liability against Nice.

3.      Plaintiff filed his Opposition to the Motion, which opposes the basis for relief presented in the Motion on various grounds, on June 17, 2026.  *See* Dkt. 11 ("Opposition").

-2-

4.      Through the instant motion, Nice seeks to file a short Reply in Support of its Motion (hereafter, "Reply"), a copy of which is attached hereto for the Court's consideration.

5.      The purpose of the Reply is to respond to the matters raised in the Opposition and to correct various misstatements and misapplications of law and fact presented in the Opposition, and well as to address Plaintiff's mischaracterizations of Nice's arguments in the Motion, so that the Court has full briefing on all matters pertinent to the resolution of the Motion.

6.      Nice believes that its Reply will more clearly articulate the parties' positions and would assist the Court in making its determination on the Motion.

7.      Nice does not seek a reply for the purposes of delay but rather so that the Court has a complete and accurate picture of the relevant allegations and applicable law when ruling on the Motion.

8.      Allowing Nice to file its proposed Reply will not impact the timely resolution of this matter, and would promote judicial economy and be in the interest of justice.

9.      For at least the reasons above, there is good cause to permit Nice to file a reply.

WHEREFORE, Nice respectfully requests that this Court enter an order permitting it to file the attached proposed Reply.

Dated: June 24, 2026

Respectfully submitted,

By: /s/ *A. Paul Heeringa*

A. Paul Heeringa (IL Bar # 6288233)
**Manatt, Phelps & Phillips, LLP**
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*

-2-

-3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on, June 24, 2026, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.


*/s/ A. Paul Heeringa*